# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

                Plaintiff,

v.                                   Case No.: 1:19−cv−08110

                                                     Honorable Sharon Johnson Coleman

Rock−It Interiors, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2020:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiffs' motion to dismiss without prejudice with leave to reinstate [8] is granted. No appearance necessary on 2/18/2020. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.